DAYLE ELIESON
United States Attorney
District of Nevada

SHARON LAHEY
California State Bar No. 263027
Assistant Regional Counsel
U.S. Social Security Administration
160 Spear Street, Suite 800
San Francisco, California 94105
Phone: (415) 977-8963
Facsimile: (415) 744-0134
Sharon.Lahey@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| WENDY W. BUBNA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>　　Acting Commissioner of Social Security,<br><br>　　　Defendant. | Case No. 2:18-cv-00677-JCM-VCF<br><br>**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME**<br><br>**(Second Request)** |

　　　NANCY A. BERRYHILL, Acting Commissioner of Social Security ("Defendant" or the "Commissioner"), hereby moves this Honorable Court to grant her unopposed motion for a 30-day extension of time to file her response to Wendy W. Bubna's ("Plaintiff") Motion to Remand to Social Security Administration (the "Motion") (Docket Number 12). The current deadline is September 17, 2018 and the new deadline would be October 17, 2018. This is the second extension of time requested in the above-captioned matter, and it is the Commissioner's first request for an extension of time. The Commissioner requests this additional time because the above-captioned case is being transferred inter-office to another attorney in the agency who will need additional time to adequately consider and

address the issues Plaintiff raises in her Motion.  Plaintiff's counsel has stated that Plaintiff does not oppose the Commissioner's request for additional time.  The Commissioner further respectfully requests that the scheduling order be modified accordingly.

Dated: September 11, 2018

Respectfully submitted,

DAYLE ELIESON
United States Attorney

By:   */s/ Sharon Lahey*
SHARON LAHEY
Assistant Regional Counsel

## **ORDER**

Pursuant to Defendant's motion and the parties' agreement, IT IS SO ORDERED.  Defendant shall file her response to Plaintiff's Motion to Remand to Social Security Administration on or before October 17, 2018.  All other deadlines are modified accordingly.

Dated: 9-12-2018

HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DAYLE ELIESON
United States Attorney
District of Nevada

SHARON LAHEY
Assistant Regional Counsel
U.S. Social Security Administration
California State Bar No. 263027
160 Spear Street, Suite 800
San Francisco, California 94105
Phone: (415) 977-8963
Facsimile: (415) 744-0134
Sharon.Lahey@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| WENDY W. BUBNA,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>   Acting Commissioner of Social Security,<br><br>    Defendant. | (Case No. 2:18-cv-00677-JCM-VCF)<br><br>**CERTIFICATE OF SERVICE** |

I, Sharon Lahey, Assistant Regional Counsel, hereby certify that the following individual was served a copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME** on September 11, 2018 via CM/ECF:

| | |
|---|---|
| Richard A Harris, Esq.<br>Richard Harris Law Firm<br>801 South Fourth Street<br>Las Vegas, NV 89101<br>Email: katie@richardharrislaw.com | Joshua R Harris, Esq.<br>Richard Harris Law Firm<br>801 South Fourth Street<br>Las Vegas, NV 89101<br>Email: josh@richardharrislaw.com |

Dated this 11th day of September, 2018

*/s/ Sharon Lahey*
SHARON LAHEY
Assistant Regional Counsel

CERTIFICATE OF SERVICE                    (Case No. 2:18-cv-00677-JCM-VCF)