DAYLE ELIESON
United States Attorney
District of Nevada

AMANDA SCHAPEL
California State Bar No. 271295
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Phone: 415-977-8983
Email: Amanda.Schapel@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**LAS VEGAS DIVISION**

| | |
|---|---|
| WENDY W. BUBNA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No. 2:18-cv-00677-JCM-VCF <br><br> **STIPULATION & ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED, by and between plaintiff Wendy W. Bubna (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to further consider the nature, severity and functional limitations related to the claimant's CRPS in a manner consistent with Social Security Ruling 03-02p; to reconsider the claimant's ability to interact with others; to reassess the claimant's

maximum residual functional capacity; to reassess the claimant's subjective complaints; if necessary, to obtain supplemental evidence from a vocational expert and clarify any conflicts between the testimony of the vocational expert and the Dictionary of Occupational Titles; to offer the claimant a supplemental hearing; and to issue a new decision.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: October 31, 2018    RICHARD HARRIS LAW FIRM

By: */s/ Joshua R. Harris*\*
JOSHUA R. HARRIS
Attorneys for Plaintiff
[*As authorized by e-mail on October 31, 2018]

Dated: October 31, 2018    DAYLE ELIESON
United States Attorney

By:    */s/ Amanda Schapel*
AMANDA SCHAPEL
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED: 11-1-2018

# CERTIFICATE OF SERVICE

I, Amanda Schapel, certify that the following individual was served a copy of the foregoing **STIPULATION & [PROPOSED] ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** on October 31, 2018 via CM/ECF:

Richard A Harris, Esq.
Richard Harris Law Firm
801 South Fourth Street
Las Vegas, NV 89101
Email: rick@richardharrislaw.com

Joshua R Harris, Esq.
Richard Harris Law Firm
801 South Fourth Street
Las Vegas, NV 89101
Email: josh@richardharrislaw.com

Dated this 31st day of October 2018.

>                    */s/ Amanda Schapel*
>                    **AMANDA SCHAPEL**
>                    Special Assistant United States Attorney